B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Northern District of Ohio

In re   **Richard Mason Warns**                                                  Case No.   **12-16420 AIH**
                                    Debtor(s)                                    Chapter    **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate.  Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>U.S. Bank N.A. | **Describe Property Securing Debt:**<br>**Commercial Property:**<br>27100 Lorain Road<br>North Olmsted, OH  44070<br><br>PPN: 232-25-012<br>Auditor: $343,900<br>Zillow.com $525,000 |

Property will be (check one):
  ■ Surrendered                                    ☐ Retained

If retaining the property, I intend to (check at least one):
  ☐ Redeem the property
  ☐ Reaffirm the debt
  ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
  ☐ Claimed as Exempt                              ■ Not claimed as exempt

| Property No. 2 | |
|---|---|
| **Creditor's Name:**<br>U.S. Bank N.A. | **Describe Property Securing Debt:**<br>Car wash equipment and inventory.<br>Equipment Installed in 1992.<br>Original contract price to LLC was $88,000. |

Property will be (check one):
    ■ Surrendered      ☐ Retained

If retaining the property, I intend to (check at least one):
    ☐ Redeem the property
    ☐ Reaffirm the debt
    ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
    ☐ Claimed as Exempt      ■ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>J.K. Kang Management LLC | **Describe Leased Property:**<br>Residential Lease. Single family residence @ $700/Mo. Debtor assumes lease. | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>■ YES      ☐ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date    **August 7, 2013**          Signature    **/s/ Richard Mason Warns**
                                                                              **Richard Mason Warns**
                                                                              Debtor